UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 17-07260 FMO (AFM)**                                                Date: November 1, 2017

Title  **Elliott Jerome Santos v. Eric C. Taylor, et al.**

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On September 25, 2017, plaintiff filed a civil rights complaint while incarcerated at the Twin Towers Correctional Facility, at Los Angeles, California, without submitting the $350.00 filing fee or a Request to Proceed In Forma Pauperis With Declaration (Form CV-60P) ("IFP Request").  On October 6, 2017, the Court ordered plaintiff to file the filing fee or submit an IFP Request by October 24, 2017, or his complaint may be subject to dismissal.  (The Court's IFP Request form CV-60P accompanied the order.)  A review of the docket indicates that plaintiff has neither filed the filing fee nor submitted the IFP request by October 24, 2017.  Plaintiff has failed to comply with a court order.

Accordingly, IT IS ORDERED that plaintiff shall show cause in writing by **November 14, 2017** why this action should not be dismissed for failure to submit the filing fee or IFP request.  If plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to be consent to a dismissal as against Defendant.  The submission of the filing fee or the IFP request by **November 14, 2017** shall discharge the order to show cause.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |