UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 17-07260 FMO (AFM)**                                      Date: January 11, 2018

Title    **Elliott Jerome Santos v. Eric C. Taylor, et al.**

Present: The Honorable:    ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

  On September 25, 2017, plaintiff filed a Civil Rights Complaint while detained at the Twin Tower Correctional Facility in Los Angeles, California.  On November 28, 2017, the Court dismissed plaintiff's complaint with leave to amend for the reasons that plaintiff failed to comply with Rule 8 in that the complaint fails to state a short and plain statement of each claim that is sufficient to give each defendant fair notice of what plaintiff's claims are and the grounds upon which they rest. Additionally, plaintiff's allegations appear insufficient to state any claim on which relief may be granted.  Plaintiff was ordered to file a First Amended Complaint by December 28, 2017.  Plaintiff was admonished that if he fails to timely file a First Amended Complaint or fails to remedy the deficiencies of his Complaint, the Court would recommend that the action be dismissed without leave to amend and with prejudice.  A review of the docket indicates that a First Amended Complaint has not been filed.

  Plaintiff shall show cause on or before January 25, 2018, why this action should not be dismissed due to plaintiff's failure to prosecute.  The filing of a First Amended Complaint on or before January 25, 2018 shall discharge the order to show cause. **Plaintiff is hereby cautioned that failing to comply with this Order and/or to show cause, will result in the recommendation that this action be dismissed for failure to prosecute.**

  IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |